1058

consolidated, and a total of one hour allotted for oral argument.

No. 87–984.   SHELL OIL CO. *v.* IOWA DEPARTMENT OF REVENUE.   Appeal from Sup. Ct. Iowa.   Probable jurisdiction noted.

No. 87–998.   CITY OF RICHMOND *v.* J. A. CROSON CO.   Appeal from C. A. 4th Cir.   Motion of National League of Cities et al. for leave to file a brief as *amici curiae* granted.   Probable jurisdiction noted.

No. 87–1279 (A–606).   MORRISON, INDEPENDENT COUNSEL *v.* OLSON ET AL.   Appeal from C. A. D. C. Cir.   Probable jurisdiction noted.   Motion of Lawrence Walsh, Independent Counsel, for leave to file a brief as *amicus curiae* granted.   Motions to establish an expedited schedule for briefing and oral argument granted. Appellant's brief shall be filed by 3 p.m., March 9, 1988.   Appellees' briefs shall be filed by 3 p.m., April 8, 1988.   Reply briefs, if any, shall be filed by 3 p.m., April 18, 1988.   Oral argument is set for April 26, 1988, at 10 a.m.   Motion to dispense temporarily with printing briefs denied.   Motions for additional time for oral argument denied without prejudice.   Application for full stay of mandate of the United States Court of Appeals for the District of Columbia Circuit, presented to THE CHIEF JUSTICE, and by him referred to the Court, is granted pending the sending down of the judgment of this Court.   JUSTICE KENNEDY took no part in the consideration or decision of these motions and orders.

No. 87–764.   FLORIDA *v.* RILEY.   Sup. Ct. Fla.   Certiorari granted.

No. 87–821.   PITTSTON COAL GROUP ET AL. *v.* SEBBEN ET AL.; and

No. 87–827.   MCLAUGHLIN, SECRETARY OF LABOR, ET AL. *v.* SEBBEN ET AL.   C. A. 8th Cir.   Certiorari granted, cases consolidated, and a total of one hour allotted for oral argument.